UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

KEITH RODRIGUEZ,

                            Plaintiff,                          9:24-cv-01248 (BKS/TWD)

v.

SGT. THOMAS ARMSTRONG, and
MARGARET HARNEY-MATHEW,


                            Defendants.

_____

**Appearances:**

*Plaintiff pro se:*
Keith Rodriguez
0900305506
Hudson County Jail
30-35 Hackensack Ave
Kearny, NJ 07032

*For Defendants:*
Stephen Daniel Button
St. Lawrence County Attorney's Office
48 Court Street
Canton, NY 13617

**Hon. Brenda K. Sannes, Chief United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

Plaintiff Keith Rodriguez filed this action pro se asserting claims under 42 U.S.C. § 1983

against Defendants Thomas Armstrong and Margaret Harney-Mathew, arising out of Plaintiff's

incarceration at the St. Lawrence County Correctional Facility. (Dkt. No. 1, 9, 13). On May 1,

2025, Defendants filed a motion to dismiss plaintiff's second amended complaint under Fed. R.

Civ. P. 12(b)(1) and 12(b)(6). (Dkt. No. 29). Plaintiff filed a response on May 19, 2025, and

Defendants filed a reply on May 28, 2025. (Dkt. Nos. 37, 38).  This matter was referred to

United States Magistrate Judge Thérèse Wiley Dancks who, on December 31, 2025, issued a Report-Recommendation recommending that Defendants' motion to dismiss be denied. (Dkt. No. 44). Magistrate Judge Dancks advised the parties that under 28 U.S.C. § 636(b)(1), they had "fourteen (14) days within which to file written objections to the foregoing report" and that "failure to object . . . within fourteen days will preclude appellate review." (*Id.* at 16-17). No objections were filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 44) is **ADOPTED**; and it is further

**ORDERED** that Defendants' motion to dismiss (Dkt. No. 29) is **DENIED;** and it is further

**ORDERED** that in light of the answer filed by defendants Armstrong and Harney-Mathew (Dkt. No. 45), the Clerk is directed to issue a Mandatory Pretrial Scheduling Order; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: <u>February 2, 2026</u>
      Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge